**Order entered October 7, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00341-CV

**SHANEKA BUSBY BAKER, Appellant**

**V.**

**FORREST REGGIE CARR, Appellee**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-15-04681-D**

## ORDER

We **GRANT** appellant's October 5, 2016 motion to extend time to file her reply brief and

**ORDER** the reply brief filed no later than November 1, 2016.


/s/     CRAIG STODDART
        JUSTICE